IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:16-CV-00312 FL

| | | |
|---|---|---|
| HERSEY FENNELL, JR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR |
| v. | ) | PAYMENT OF ATTORNEY FEES |
| | ) | UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL,[1] | ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,500.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Said fees are payable to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716. If there is such a debt, any fee remaining after offset will be made payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED this 16th day of February, 2018.

**LOUISE W. FLANAGAN**
United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1