IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00312-FL

| | |
|---|---|
| HERSEY JENNELL, JR., | ) |
| Plaintiff | ) |
| v. | ) ORDER |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon consideration of Plaintiff's supplemental petition for attorney's fees pursuant to 42 U.S.C. § 406(b), Defendant's response lacking an objection thereto, it is this __31st__ day of __December__, 2019, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to 42 U.S.C. § 406(b), in the amount of $12,771.50 (25 percent of the past-due benefits) paid from past due benefits. Further, Plaintiff's counsel is to refund to Plaintiff the smaller award between this amount and the EAJA award.

This __31st__ day of __December__, 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE